# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3110 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| SAMUEL ZOLLICOFFER, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's request for hearing (filing 41) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filings 38 and 43) has been set before the undersigned United States district judge on Tuesday, September 4, 2012, at 1:00 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

Dated July 31, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge